**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:23-CV-01148-SDJ-AGD |
| v. | § | |
| | § | |
| TSG II INVESTMENTS, LLC, et al. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2026, the Report of the Magistrate Judge, (Dkt. #55), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Recovery of Fees and Expenses (Dkt. #51) be granted in part as set forth therein. The Report recommended that Plaintiff be awarded costs and expenses in the amount of $4,234.15, for which the Defendants are jointly and severally liable. The Report further recommended that Plaintiff be awarded $56,300.00 in attorney's fees, for which the Defendants are jointly and severally liable. The Report finally recommended that Plaintiff's Motion for Recovery of Fees and Expenses (Dkt. #51) be denied as it relates to the request for appellate attorney's fees.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Recovery of Fees and Expenses (Dkt. #51) is **GRANTED IN PART**. That is, Plaintiff is **AWARDED** costs and expenses in the amount of $4,234.15, for which the Defendants are jointly and severally liable. It is further **ORDERED** that Plaintiff is **AWARDED** $56,300.00 in attorney's fees, for which the Defendants are jointly and severally liable. It is finally **ORDERED** that Plaintiff's Motion for Recovery of Fees and Expenses (Dkt. #51) is **DENIED** as it relates to the request for appellate attorney's fees.

**So ORDERED and SIGNED this 30th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE